Mark Punzalan (State Bar No. 247599)
PUNZALAN LAW, P.C.
600 Allerton Street, Suite 201
Redwood City, CA 94063
Tel: (650) 362-4150
Fax: (650) 362-4151
Email: markp@punzalanlaw.com

Nicholas I. Porritt
Thomas Gottschlich
LEVI & KORSINSKY LLP
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: nporritt@zlk.com
Email: tgottschlich@zlk.com

Attorneys for Movant Christopher Sprute

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEVENS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AFFYMAX, INC., JOHN A. ORWIN, HERBERT C. CROSS, TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS U.S.A., INC., and TAKEDA GLOCAL RESEARCH & DEVELOPMENT CENTER, INC.,<br>Defendants. | No. 4:13-CV-00891-PJH<br><br>**CERTIFICATE OF MARK PUNZALAN PURSUANT TO LOCAL RULE 3-7(d)**<br><br>Date: June 5, 2013<br>Time: 9:00 am<br>Courtroom: 3, 3rd Floor<br>Hon. Phyllis J. Hamilton<br><br>Caption continues on next page |

| | |
|---|---|
| TRICIA M. BARTELT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AFFYMAX, INC., JOHN A. ORWIN, HERBERT C. CROSS, TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS U.S.A., INC., and TAKEDA GLOCAL RESEARCH & DEVELOPMENT CENTER, INC.,<br><br>Defendants. | No. 4:13-CV-01025-PJH<br><br>Hon. Phyllis J. Hamilton |

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)**

Pursuant to Northern District Local Rule 3-7(d), I, Mark Punzalan, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of April, 2013 in Redwood City, CA.

/s/ Mark Punzalan
Mark Punzalan